IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:24-CV-00006-BO-BM

| | |
|---|---|
| TINA PROFFITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| vs. ) | JOINT MOTION |
| ) | TO APPEAR REMOTELY |
| KILOLO KIJAKAZI, ) | BY VIDEO |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Upon consideration of the Joint Motion to Appear Remotely by Video for the hearing scheduled for 11:00 a.m. on October 31, 2024 (the "Motion"), it is hereby ORDERED that the Motion is GRANTED.

SO ORDERED this _25_ day of _Oct._, 2024.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE