UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| TINA MARIE PROFFITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| MARTIN O'MALLEY, ) | 2:23-CV-6-BO-BM |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that reversal is appropriate because the ALJ's decision is not supported by substantial evidence. Accordingly, plaintiff's motion for judgment on the pleadings [DE 12] is GRANTED. The motion for leave to file excess pages [DE 14] is likewise granted. The decision of the Commissioner is REVERSED, and the matter is remanded for an award of benefits.

**This judgment filed and entered on November 13, 2024, and served on:**
Branch W. Vincent, III (via CM/ECF NEF)
Kenneth Burden (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)
Wanda D. Mason (via CM/ECF NEF)

November 13, 2024

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk