IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:24-cv-00006-BO-BM

TINA PROFFITT,                        )
                                      )
                    Plaintiff,        )
                                      )
        v.                            )        ORDER APPROVING ATTORNEY FEES
                                      )        UNDER THE EQUAL ACCESS TO
CAROLYN COLVIN,                       )        JUSTICE ACT, 28 U.S.C. § 2412
Acting Commissioner of Social Security, )
                                      )
                    Defendant.        )
_____ )

Upon consideration of the petition for attorney fees under the Equal Access to Justice Act,

filed by Branch W. Vincent, III, Esq., attorney for Tina Proffitt, Plaintiff in the above-captioned

matter, and upon consideration of the Parties' stipulation, it is hereby

ORDERED that Plaintiff's petition is hereby withdrawn;

It is further ORDERED that Plaintiff's attorney, Branch W. Vincent, III, Esq., is awarded

attorney's fees pursuant to 28 U.S.C. § 2412(d) in the amount of three thousand five hundred

dollars and zero cents ($3,500.00) in full satisfaction of any and all claims arising under the Equal

Access to Justice Act, 28 U.S.C. § 2412(d);

It is further ORDERED that if the award to Plaintiff is not subject to the Treasury Offset

Program, payment will be made by check payable to Plaintiff's attorney, Branch W. Vincent, III,

Esq. and mailed to his office at the Vincent Law Firm, P.C., 8 Juniper Trail, Southern Shores,

North Carolina 27949, in accordance with Plaintiff's assignment to her attorney of her right to

payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This ___ day of March 2025.

Hon. Terrence W. Boyle
United States District Judge

2