IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2: 24-CV-6-BO-BM

| | |
|---|---|
| TINA PROFFITT </br> Plaintiff, </br> </br> v. </br> </br> FRANK BISIGNANO </br> Commissioner of Social </br> Security, </br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) ORDER </br> ) </br> ) </br> ) </br> ) </br> ) |

This Motion being submitted to the Court for an Order upon Motion for Attorney Fees under §406(b) of the Social Security Act filed by Branch W. Vincent, III, Attorney at Law. The Court has considered the Motion and Orders that the sum of $6,594.25 for attorney fees which sum represents 25% of Plaintiff's past due benefits of $26,377.00 under Title II as calculated by the Social Security Administration in the Notice of Award dated March 8, 2025. This amount shall be withheld Plaintiff's past due benefits pursuant to §406(b) of the Social Security Act and paid directly to Branch W, Vincent, III. Upon receipt of the §406(b) fee awarded herein, the EAJA fees reimbursement is due from Plaintiff's counsel as provided by law.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, Branch W. Vincent, III, Attorney at Law, the sum of **$6,594.25** from Plaintiff's past due benefits.

This 28 day of May, 2025.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge