UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| TINA MARIE PROFFITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ATTORNEY FEE** |
| v. ) | **JUDGMENT** |
| ) | |
| FRANK BISIGNANO, ) | 2:24-CV-6-BO-BM |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel, Branch W. Vincent, III, Attorney at Law, the sum of **$6,594.25** from Plaintiff's past due benefits.

**This judgment filed and entered on May 29, 2025, and served on:**
Branch W. Vincent, III (via CM/ECF NEF)
Kenneth Burden (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)
Wanda D. Mason (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

May 29, 2025

  /s/ Lindsay Stouch
By: Deputy Clerk